# Kazaa - [Search]

File View Play Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| jeromeskee2003@KaZaA | Extreme - More Than Words.mp3 | Extreme | 5,212KB | Audio |
| jeromeskee2003@KaZaA | Too Short - Gettin It.mp3 | Too Short | 5,328KB | Audio |
| jeromeskee2003@KaZaA | LLCOOLJTOTAL_LOUNGIN.mp3 | LL Cool J | 3,578KB | Audio |
| jeromeskee2003@KaZaA | Mos Def and Talib Kweli - Fortified Live.mp3 | Mos Def, Talib Kweli, Mr ... | 4,844KB | Audio |
| jeromeskee2003@KaZaA | Outkast - We Luv Deez Hoez.mp3 | Outkast | 3,977KB | Audio |
| jeromeskee2003@KaZaA | Young MC - Bust A Move.mp3 | Young MC | 4,166KB | Audio |
| jeromeskee2003@KaZaA | AlbumArt_{C104F475-67D6-4F84-851B-FC48AE9BA374}_... | Unknown | 8kB | Image |
| jeromeskee2003@KaZaA | Lords Of The Underground - Here Come The Lords.mp3 | Lords of the Underground | 4,032kB | Audio |
| jeromeskee2003@KaZaA | MC Hammer - U Can't Touch This.mp3 | MC Hammer | 4,026KB | Audio |
| jeromeskee2003@KaZaA | AlbumArt_{C104F475-67D6-4F84-851B-FC48AE9BA374}_... | Unknown | 2kB | Image |
| jeromeskee2003@KaZaA | Rodney O, Joe Cooley - Everlasting Bass.mp3 | Rodney O, Joe Cooley | 3,529kB | Audio |
| jeromeskee2003@KaZaA | Ultramagnetic MCs - Ego trippin.mp3 | Ultramagnetic MCs | 4,643KB | Audio |
| jeromeskee2003@KaZaA | Born Jamericans - Yenus.mp3 | Born Jamericans | 6,830KB | Audio |
| jeromeskee2003@KaZaA | D.O.C. - Funky Enough.mp3 | D.O.C. | 4,211KB | Audio |
| jeromeskee2003@KaZaA | Zapp_Roger - Computer Love.mp3 | Zapp and Roger | 4,436KB | Audio |
| jeromeskee2003@KaZaA | Common - Invocation Instrumental.mp3 | Instrumental | 1,160KB | Audio |
| jeromeskee2003@KaZaA | Tony Yayo - So Seductive.mp3 | Tony Yayo | 6,748KB | Audio |
| jeromeskee2003@KaZaA | Rob Base DJ EZ Rock- It Takes Two.mp3 | Rob Base_DJ EZ Rock | 4,249kB | Audio |
| jeromeskee2003@KaZaA | Special Ed - I Got It Made.mp3 | Special Ed | 3,478kB | Audio |
| jeromeskee2003@KaZaA | Lord Finesse-Return Of The Funky Man.mp3 | Lord Finesse | 4,623KB | Audio |

My Participation Level: Low (0), Downloads: 0, Uploads: 0, Uploading: 1, 866, 183 users online, sharing 599, 826, 453 files (66.8 TB) of sharing any files

**Kazaa - [Search]**

File  View  Players  Tools  Actions  Help

Web | My Kazaa | Theater | New Search | Download | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| jeromeskee2003@KaZaA | Lord Finesse-Return Of The Funky Man.mp3 | Lord Finesse | 4,823KB | Audio |
| jeromeskee2003@KaZaA | AlbumArt_{5B4443F9A-E917-4405-9FDF-3C894EB0C0A4}_... | Unknown | 8KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{5B4443F9A-E917-4405-9FDF-3C894EB0C0A4}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | Madonna - Music.mp3 | Madonna | 4,863KB | Audio |
| jeromeskee2003@KaZaA | Newcleus -- Jam On It (Wicky-Wicky).mp3 | Newcleus | 7,616KB | Audio |
| jeromeskee2003@KaZaA | Cool_C_-_Glamorous_Life.mp3 | Cool C | 5,607KB | Audio |
| jeromeskee2003@KaZaA | Eric_B_Rakim--Juice.mp3 | Eric B Rakim | 9,304KB | Audio |
| jeromeskee2003@KaZaA | Juelz Santana - Mic Check.mp3 | Juelz Santana | 4,136KB | Audio |
| jeromeskee2003@KaZaA | Kelis - Caught out there.mp3 | Kelis | 4,560KB | Audio |
| jeromeskee2003@KaZaA | Mac Dre - Ive Been Down.mp3 | MacDre | 4,384KB | Audio |
| jeromeskee2003@KaZaA | HUMAN LEAGUE - DONT YOU WANT ME.mp3 | Human League | 4,675KB | Audio |
| jeromeskee2003@KaZaA | George Kranz_Din-Dada_128kbs.mp3 | George Kranz | 6,100KB | Audio |
| jeromeskee2003@KaZaA | ludacris_the_potion.ogg | Ludacris | 2,602KB | Audio |
| jeromeskee2003@KaZaA | Luck me.mp3 | Jay-Z | 5,862KB | Audio |
| jeromeskee2003@KaZaA | The_City_Is_Mine.mp3 | Jay-Z | 4,740KB | Audio |
| jeromeskee2003@KaZaA | Erika Badu - Stay.mp3 | Erykah Badu | 4,695KB | Audio |
| jeromeskee2003@KaZaA | Freeway-Line Um Up.mp3 | Roc-A-Fella | 4,480KB | Audio |
| jeromeskee2003@KaZaA | 10 Face Off.mp3 | Jay-Z | 3,309KB | Audio |
| jeromeskee2003@KaZaA | 01-jay-z-excuse_me_miss_again-nns (1).mp3 | Jay-Z | 4,438KB | Audio |
| jeromeskee2003@KaZaA | Should I Stay Or Go.mp3 | The Clash | 3,002KB | Audio |

My Participation Level: Low (0), Downloads: 0, Uploads: 0, Up to 1,866,183 users online, sharing 599,826,453 files (66.81 .. Not sharing any files

**Kazaa – [Search]**

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| jeromeskee2003@KaZaA | Should I Stay Or Go.mp3 | The Clash | 3,002KB | Audio |
| jeromeskee2003@KaZaA | Cam'ron- Hey Ma.mp3 | Cam'ron | 5,243KB | Audio |
| jeromeskee2003@KaZaA | AlbumArt_{9D25878E-6E1F-4A78-A2A1-38B6BBBDFB2C}_... | Unknown | 8KB | Image |
| jeromeskee2003@KaZaA | Kayne West-Playa Playa.mp3 | Kanye West | 1,304KB | Audio |
| jeromeskee2003@KaZaA | 12'-raekwon-ice_water_anthem-wcr.mp3 | Raekwon | 5,088KB | Audio |
| jeromeskee2003@KaZaA | DJ Quick-07 - Quik Is The Name.mp3 | DJ Quik | 2,606KB | Audio |
| jeromeskee2003@KaZaA | Donell Jones~ This-Luv.mp3 | Donell Jones | 3,932KB | Audio |
| jeromeskee2003@KaZaA | Donell Jones -Knocks Me Off My Feet.mp3 | Donell Jones | 3,461KB | Audio |
| jeromeskee2003@KaZaA | arrested development - Tennessee (Full Version).mp3 | Arrested Development | 5,324KB | Audio |
| jeromeskee2003@KaZaA | Tony Toni Tone- If I Had No Loot.mp3 | Tony Toni Tone | 3,300KB | Audio |
| jeromeskee2003@KaZaA | Tony Toni Tone- Thinking of You.MP3 | Tony Toni Tone | 3,721KB | Audio |
| jeromeskee2003@KaZaA | Janet Jackson~ Anyplace_An.mp3 | Janet Jackson | 3,674KB | Audio |
| jeromeskee2003@KaZaA | 03-Erykah Badu - Appletree.mp3 | Erykah Badu | 3,640KB | Audio |
| jeromeskee2003@KaZaA | AlbumArt_{8251E057-35D7-4A4C-8EE8-FB4FCFD74DD0}_... | Unknown | 20KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{8251E057-35D7-4A4C-8EE8-FB4FCFD74DD0}_... | Unknown | 6KB | Image |
| jeromeskee2003@KaZaA | Biz Markie - Just A Friend.mp3 | Biz Markie | 3,801KB | Audio |
| jeromeskee2003@KaZaA | De La Soul - Me, Myself_and I.mp3 | De La Soul | 3,485KB | Audio |
| jeromeskee2003@KaZaA | DJ Kool - Let Me Clear My Throat.mp3 | DJ Kool | 4,561KB | Audio |
| jeromeskee2003@KaZaA | Dougie Fresh_Slick Rick - The Show.mp3 | Doug E Fresh_Slick Rick | 5,292KB | Audio |
| jeromeskee2003@KaZaA | I Will Be There.mp3 | The Jackson Five | 3,746KB | Audio |

**Kazaa – [Search]**

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | My Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| jeromeskee2003@KaZaA | I Will Be There.mp3 | The Jackson Five | 3,746KB | Audio |
| jeromeskee2003@KaZaA | Marley Marl - The Symphony.mp3 | Marley Marl | 8,657KB | Audio |
| jeromeskee2003@KaZaA | MC Breed - Ain't No Future In Your Frontin'.mp3 | MC Breed | 3,714KB | Audio |
| jeromeskee2003@KaZaA | Naughty By Nature - Hip-Hop-Hooray.mp3 | 3 | 3,656KB | Audio |
| jeromeskee2003@KaZaA | Oldies - The Temptations - In the Still of the Night.mp3 | Boyz II Men | 2,645KB | Audio |
| jeromeskee2003@KaZaA | Reggae @ zoom zoom boom boom (dance mix).mp3 | Wreckx-n-Eiex | 4,901KB | Audio |
| jeromeskee2003@KaZaA | Zapp And Roger - Doo-Wa Ditty.mp3 | Zapp and Roger | 3,543KB | Audio |
| jeromeskee2003@KaZaA | Lauryn Hill_Fugees - Ready Or Not.mp3 | Fugees | 2,860KB | Audio |
| jeromeskee2003@KaZaA | I love you baby.mp3 | Lauryn Hill | 3,561KB | Audio |
| jeromeskee2003@KaZaA | missy elliot and eve - For my people.mp3 | Missy Elliot and Eve | 6,849KB | Audio |
| jeromeskee2003@KaZaA | Nelly—Hot In Herre.mp3 | Nelly | 3,576KB | Audio |
| jeromeskee2003@KaZaA | AlbumArt_{DD378060-B73F-4187-B54A-64B544D12BE9}_... | unknown | 10KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{DD378060-B73F-4187-B54A-64B544D12BE9}-... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{E739ACAB-4C01-4A3C-B038-745777C1F167}_... | Unknown | 13KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{E739ACAB-4C01-4A3C-B038-745777C1F167}_... | Unknown | 3KB | Image |
| jeromeskee2003@KaZaA | Common - A Penny For My Thoughts.mp3 | Common | 4,126KB | Audio |
| jeromeskee2003@KaZaA | Destiny's Child f. Wyclef Jean - No, No, No (remix).mp3 | Destiny's Child f. Wyclef | 3,236KB | Audio |
| jeromeskee2003@KaZaA | Digital Underground - Dowhatchalike.mp3 | Digital Underground | 3,860KB | Audio |
| jeromeskee2003@KaZaA | DJ Quik - 03 - Born and Raised In Compton.mp3 | DJ Quik | 3,217KB | Audio |
| jeromeskee2003@KaZaA | Domino - Ghetto Jam.mp3 | Domino | 4,036KB | Audio |

My Participation Level: Low (0), Downloads: 0, Uplo (1,866,183 users online, sharing 599,826,453 files (6,8... [Not sharing any files]

Kazaa - [Search]

Files View Play Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell a Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| jeromeskee2003@KaZaA | Domino - Ghetto Jam.mp3 | Domino | 4,036KB | Audio |
| jeromeskee2003@KaZaA | Jay-Z - Big Pimpin.mp3 | Jay-Z | 4,448KB | Audio |
| jeromeskee2003@KaZaA | Lisa Lisa and Cult Jam - Head to Toe.mp3 | Lisa Lisa and Cult Jam | 4,742KB | Audio |
| jeromeskee2003@KaZaA | Nice Smooth - Ooh child.mp3 | Nice and Smooth | 2,502KB | Audio |
| jeromeskee2003@KaZaA | outkast feat. goodie mob - Git Up Get Out.mp3 | OutKast | 3,422KB | Audio |
| jeromeskee2003@KaZaA | AlbumArt_{076A80F1-D84A-47CD-9C0A-60A691365319}_... | Unknown | 7KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{076A80F1-D84A-47CD-9C0A-60A691365319}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{4E63B1D6-5AB9-4CE9-BBCF-B7C18E61FE68}_... | Unknown | 6KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{4E63B1D6-5AB9-4CE9-BBCF-B7C18E61FE68}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | Ginuwine - There It Is (1).asf | ginuwine | 12,706KB | Video |
| jeromeskee2003@KaZaA | AlbumArt_{4F2281770-E8F1-4BAE-971D-A1D0FB73C49E}_... | Unknown | 12KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{4F2281170-E8F1-4BAE-971D-A1D0FB73C49E}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{3AD37688-B90A-4142-ADC7-49F081431139}_... | Unknown | 11KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{3AD37688-B90A-4142-ADC7-49F081431139}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | 03 - Tupac - Souljas Story.mp3 | 2Pac | 4,606KB | Audio |
| jeromeskee2003@KaZaA | 03 Sumthin' Sumthin'.mp3 | Maxwell | 4,024KB | Audio |
| jeromeskee2003@KaZaA | 2 Pac - If I Die Tonight.mp3 | 2Pac | 3,773KB | Audio |
| jeromeskee2003@KaZaA | AlbumArt_{38E6339E-5AA0-442C-8D02-F23E8D0C9162}_... | Unknown | 12KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{38E6339E-5AA0-442C-8D02-F23E8D0C9162}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | 2Pac Feat.mp3 | Nas F. 2Pac | 3,870KB | Audio |

My Participation Level: Low (0). Downloads: 0. Uploads: 0. Ubbi: 1,866,183 users online, sharing 599,826,453 files (63.8T). Not sharing any files

**Kazaa - [Search]**

File View Player Tools Actions Help

Web | My Kazaa | Theater | Download

New search | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Jeromeskee2003@KaZaA | 2Pac Feat.mp3 | Nas F. 2Pac | 3,870kB | Audio |
| Jeromeskee2003@KaZaA | Ginuwine – When Doves Cry.mp3 | Ginuwine | 3,788kB | Audio |
| Jeromeskee2003@KaZaA | Mystikal - Danger.mp3 | Mystikal | 2,504kB | Audio |
| Jeromeskee2003@KaZaA | Busta Rhymes - What It Is.mp3 | Busta Rhymes | 3,598kB | Audio |
| Jeromeskee2003@KaZaA | Camron - Girls Just Wanna Have Fun.mp3 | Camron | 5,512kB | Audio |
| Jeromeskee2003@KaZaA | camron ft santana - hey ma (1) (1).mp3 | Camron | 4,398kB | Audio |
| Jeromeskee2003@KaZaA | AlbumArt_{5C09C257-8196-4FAC-95DC-DA93D69E7850}_... | Unknown | 6kB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{5C09C257-8196-4FAC-95DC-DA93D69E7850}_... | Unknown | 1kB | Image |
| Jeromeskee2003@KaZaA | Reggaeton-Ashanti - Only You.mp3 | Ashanti | 4,617kB | Audio |
| Jeromeskee2003@KaZaA | OUTKAST-CALIFORNIA LOVE(REMIX).mp3 | Outkast | 5,842kB | Audio |
| Jeromeskee2003@KaZaA | Turn Da Lights Off (Remix).mp3 | Tweet | 7,851kB | Audio |
| Jeromeskee2003@KaZaA | Phat Instrumentals - 3-6 Mafia - Tear Da Club Up.mp3 | Three-Six Mafia | 4,870kB | Audio |
| Jeromeskee2003@KaZaA | Crunk Juice 16 - Lil Jon - Stick That Thang Out.mp3 | Lil Jon | 5,330kB | Audio |
| Jeromeskee2003@KaZaA | AlbumArt_{89FD3641-A40C-45B3-8792-1B364E7A7CBB}_... | Unknown | 7kB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{89FD3641-A40C-45B3-8792-1B364E7A7CBB}_... | Unknown | 1kB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{E2EF8FB6-4C07-4A8F-84BE-EC7F17549C01}_... | Unknown | 10kB | Image |
| Jeromeskee2003@KaZaA | diamond'd_sadat-x_-_never.mp3 | Diamond D, Sadat X | 4,163kB | Audio |
| Jeromeskee2003@KaZaA | Diamond D - Best Kept Secret (1).mp3 | Diamond D | 3,904kB | Audio |
| Jeromeskee2003@KaZaA | Diamond D - with the Dope Sound.mp3 | Diamond D | 4,157kB | Audio |
| Jeromeskee2003@KaZaA | D.I.T.C.(feat.mp3 | D.I.T.C. | 3,642kB | Audio |

**Kazaa - [Search]**

File  View  Playlist  Tools  Actions  Help

New search | Web | My Kazaa | Theater | Download | Search | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| jeromeskee2003@KazaA | DITC (feat.mp3 | D.I.T.C. | 3,642KB | Audio |
| jeromeskee2003@KazaA | EPMD - So Watcha Sayin.MP3 | EPMD | 4,595KB | Audio |
| jeromeskee2003@KazaA | Fatman Scoop_Crooklyn Clan - Be FaithFull.mp3 | Fat Man Scoop_Crook | 3,980KB | Audio |
| jeromeskee2003@KazaA | G-Dep - Special Delivery (Remix).wma | G-dep | 3,026KB | Audio |
| jeromeskee2003@KazaA | Gangstarr - Just To Get A Rep.mp3 | GangStarr | 2,990KB | Audio |
| jeromeskee2003@KazaA | Genuwine ft. Baby - Hell Yeah.mp3 | ginuwine | 3,448KB | Audio |
| jeromeskee2003@KazaA | gravediggaz- the Bomb.mp3 | gravediggaz | 3,421KB | Audio |
| jeromeskee2003@KazaA | Heiroglyphics - Cab Fare (remix)_(1).mp3 | souls of mischief | 3,844KB | Audio |
| jeromeskee2003@KazaA | Souls of Mischief - Souls of Mischief.mp3 | Souls of mischief | 2,982KB | Audio |
| jeromeskee2003@kazaA | Wu-Tang Clan - Enter The Wutang.mp3 | Wu-Tang Clan | 3,928KB | Audio |
| jeromeskee2003@kazaA | 11.- Track 11.mp3 | Kanye West | 3,756KB | Audio |
| jeromeskee2003@KazaA | ooh feat.redman.mp3 | De La Soul | 3,041KB | Audio |
| jeromeskee2003@KazaA | AlbumArt_{45B9A964-D972-42BD-AFE1-621FE691D697}_... | Unknown | 15KB | Image |
| jeromeskee2003@KazaA | AlbumArt_{45B9A964-D972-42BD-AFE1-621FE691D697}_... | Unknown | 3KB | Image |
| jeromeskee2003@KazaA | AlbumArt_{47037CE2-08A2-4627-B7F6-218F59A4BD4A}_... | Unknown | 11KB | Image |
| jeromeskee2003@KazaA | AlbumArt_{47037CE2-08A2-4627-B7F6-218F59A4BD4A}_... | Unknown | 2KB | Image |
| jeromeskee2003@KazaA | AlbumArt_{489CD518-A69E-4D41-9A79-C55D28B28FA0}_... | Unknown | 9KB | Image |
| jeromeskee2003@KazaA | AlbumArt_{489CD518-A69E-4D41-9A79-C55D28B28FA0}_... | Unknown | 2KB | Image |
| jeromeskee2003@KazaA | AlbumArt_{50A478DC-EDCE-41CD-AFB9-B224B0752DFD}... | Unknown | 9KB | Image |
| jeromeskee2003@KazaA | AlbumArt_{50A478DC-EDCE-41CD-AFB9-B224B0752DFD}... | Unknown | 2KB | Image |

Kazaa – [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Jeromeskee2003@KaZaA | AlbumArt_{50A4780C-EDCE-41CD-AF89-B224B0752DFD}_... | Unknown | 2KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{CE87CB13-F311-43C7-BF1D-4E7FE45993C4}_... | Unknown | 7KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{566D4179-A45B-40D7-9CFD-4EA50A2D61B8}_... | Unknown | 14KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{566D4179-A45B-40D7-9CFD-4EA50A2D61B8}_... | Unknown | 3KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{5EBDCE9A-31A1-4350-A5BC-55274730FCF7}_... | Unknown | 13KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{5EBDCE9A-31A1-4350-A5BC-55274730FCF7}_... | Unknown | 2KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{841B7065-5426-424A-B78C-BC55778E7E86}_L... | Unknown | 10KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{841B7065-5426-424A-B78C-BC55778E7E86}_... | Unknown | 2KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{86CCCEBC-BDF0-495B-AA03-4E4BE3215C05}_... | Unknown | 11KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{86CCCEBC-BDF0-495B-AA03-4E4BE3215C05}_... | Unknown | 2KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{9008D183-337D-4E8D-8CA0-1BE27BCDEB45}_... | Unknown | 8KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{9008D183-337D-4E8D-8CA0-1BE27BCDEB45}_... | Unknown | 2KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{94B3AADB-C38A-477B-B835-C0126907BF01}_... | Unknown | 6KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{94B3AADB-C38A-477B-B835-C0126907BF01}_... | Unknown | 1KB | Image |
| Jeromeskee2003@KaZaA | 2Pac – Toss It Up.mp3 | 2Pac | 4,778kB | Audio |
| Jeromeskee2003@KaZaA | Old Dirty Bastard – Baby I Got Your Money(1).mp3 | Old Dirty Bastard | 6,016kB | Audio |
| Jeromeskee2003@KaZaA | AlbumArt_{96A78681-BAFE-4B17-BAFE-F9BCD1437A10}_... | Unknown | 13KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{96A78681-BAFE-4B17-BAFE-F9BCD1437A10}_... | Unknown | 2KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{A16FBA3C-6721-48AF-99A8-5BECDC55F875}_... | Unknown | 13KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{A16FBA3C-6721-48AF-99A8-5BECDC55F875}_... | Unknown | 2KB | Image |

My Participation Level : Low (0), Downloads: 0, Uploads: 0, 1,866,183 users online, sharing 599,826,453 files (68.8) Not sharing any files

# Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Search Field

Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| jeromeskee2003@KaZaA | AlbumArt_{A16FBA3C-6721-48AF-99A8-5BECDC55F875}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{BC41004A-BF46-45F5-B565-1D2270B079F9}_L... | Unknown | 13KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{BC41004A-BF46-45F5-B565-1D2270B079F9}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{BF5E197D-D246-405A-9A5C-2C5239487BF5}_... | Unknown | 10KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{BF5E197D-D246-405A-9A5C-2C5239487BF5}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{DF6A1E35-44F7-4447-B8BF-E8CB13307565}_L... | Unknown | 9KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{DF6A1E35-44F7-4447-B8BF-E8CB13307565}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{EABEBE8B-0D54-4C02-BCEC-75781S9B0DD8}_... | Unknown | 11KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{EABEBE8B-0D54-4C02-BCEC-75781S9B0DD8}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{EE338226-73E4-4372-B9C7-0DBA0CC284F4}_... | Unknown | 7KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{EE338226-73E4-4372-B9C7-0DBA0CC284F4}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{386D9200-3117-40FF-848F-89C69550E658}_L... | Unknown | 14KB | Image |
| jeromeskee2003@KaZaA | Amerie - One Thing (Trippin').mp3 | Amerie | 8,593KB | Audio |
| jeromeskee2003@KaZaA | E-40-Hyphy.mp3 | Federation F.; E-40 | 4,562KB | Audio |
| jeromeskee2003@KaZaA | Eazy E - Nobody Move.mp3 | Eazy-E | 6,776KB | Audio |
| jeromeskee2003@KaZaA | kanye west - 11 - my way.mp3 | Kanye West | 4,754KB | Audio |
| jeromeskee2003@KaZaA | Musiq Soundchild- Half Crazy.mp3 | Musiq Soundchild | 3,882KB | Audio |
| jeromeskee2003@KaZaA | Nappy Roots - Don't Say Nuthin'.mp3 | The Roots | 5,134KB | Audio |
| jeromeskee2003@KaZaA | Nas - Purple.mp3 | Nas | 5,147KB | Audio |
| jeromeskee2003@KaZaA | Naz - I Am.mp3 | Nas | 4,882KB | Audio |

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| jeromeskee2003@KaZaA | Naz - I Am.mp3 | Nas | 4,882KB | Audio |
| jeromeskee2003@KaZaA | Outkast - Roses.mp3 | Outkast | 5,777KB | Audio |
| jeromeskee2003@KaZaA | Rafael Sadiq-All I Ask of You.mp3 | Raphael Saadiq | 4,238KB | Audio |
| jeromeskee2003@KaZaA | Soul On Ice (Diamond D Remix).wma | Diamond D | 2,046KB | Audio |
| jeromeskee2003@KaZaA | The Roots - Silent Treatment.mp3 | The Roots | 5,644KB | Audio |
| jeromeskee2003@KaZaA | TLC - Waterfalls.mp3 | TLC | 4,370KB | Audio |
| jeromeskee2003@KaZaA | Tony Toni Tone - Lay Your Head On My Pillow.mp3 | Tony! Toni! Tone! | 8,323KB | Audio |
| jeromeskee2003@KaZaA | Too-Short- Short But Funky.mp3 | Too Short | 3,974KB | Audio |
| jeromeskee2003@KaZaA | too_short-burn-rubber.mp3 | Too Short | 4,680KB | Audio |
| jeromeskee2003@KaZaA | USHER-YOU REMIND ME.mp3 | Usher | 5,824KB | Audio |
| jeromeskee2003@KaZaA | Warren G - Summertime in the LBC.mp3 | Dove Shack | 3,694KB | Audio |
| jeromeskee2003@KaZaA | Warren G - This D3.mp3 | Warren G | 3,177KB | Audio |
| jeromeskee2003@KaZaA | Wu-Tang Clan - Gravel Pit.mp3 | Wu-Tang Clan | 4,205KB | Audio |
| jeromeskee2003@KaZaA | Xscape-Understanding.mp3 | Xscape | 4,058KB | Audio |
| jeromeskee2003@KaZaA | You Can't Deny It.mp3 | Fabolous | 6,904KB | Audio |
| jeromeskee2003@KaZaA | Youngbloodz Feat.mp3 | Young Bloodz | 5,519KB | Audio |
| jeromeskee2003@KaZaA | Zapp - I Can Make You Dance.mp3 | Zapp and Roger | 7,966KB | Audio |
| jeromeskee2003@KaZaA | 6. Keith Murray - Candy Bar.mp3 | Keith Murray | 5,289KB | Audio |
| jeromeskee2003@KaZaA | 90.Nice-And-Smooth - Funky For You (1).mp3 | Nice And Smooth | 2,804KB | Audio |
| jeromeskee2003@KaZaA | a tribe called quest - crew.mp3 | Tribe Called Quest | 2,312KB | Audio |

My Participation Level: Low (0), Downloads: 0, Up!o!;(1,866,193 users online, sharing 599,826,453 files (68.8 [Not sharing any files

# Kazaa - [Search]

Files View Player Tools Actions Help

Web | My Kazaa | Theater | Download

New search | Search

Web | Search | Theater | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| jeromeskee2003@KaZaA | a tribe called quest - crew.mp3 | Tribe Called Quest | 2,312KB | Audio |
| jeromeskee2003@KaZaA | A Tribe Called Quest - Motivators.mp3 | Tribe Called Quest | 3,918KB | Audio |
| jeromeskee2003@KaZaA | Aaliyah - I'm Down.mp3 | Aaliyah | 3,014KB | Audio |
| jeromeskee2003@KaZaA | Ahmad - Back In The Day.mp3 | Ahmad | 1,792KB | Audio |
| jeromeskee2003@KaZaA | AlbumArt_{0227D60A-6327-4120-A08D-6039198164 5A}_... | Unknown | 14KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{0227D60A-6327-4120-A08D-6039198164 5A}_... | Unknown | 3KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{05 44 F9C2-E511-4 02 B-AACB-4 F964 DEAFC2 B}_... | Unknown | 13KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{05 44 F9C2-E511-4 02 B-AACB-4 F964 DEAFC2 B}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{0647ABEF-1687-4B22-9264-5CA6F9D88C18}_... | Unknown | 10KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{0647ABEF-1687-4B22-9264-5CA6F9D88C18}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{0CF78A49-455A-46B2-9958-443A7D9B0A6C}_... | Unknown | 8KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{0CF78A49-455A-46B2-9958-443A7D9B0A6C}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{1023CFF9-05B3-4848-89EE-B6E77B155E8C}_... | Unknown | 8KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{1023CFF9-05B3-4848-89EE-B6E77B155E8C}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{1692C1CF-D8DD-4330-A8F6-1D9DC8D96CCE}... | Unknown | 8KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{1692C1CF-D8DD-4330-A8F6-1D9DC8D96CCE}... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{16D9C8B7-EF78-4D16-9950-A6BF0F8E7A34}_... | Unknown | 9KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{16D9C8B7-EF78-4D16-9950-A6BF0F8E7A34}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{203F96BF-5106-4930-8991-575583491604}_... | Unknown | 8KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{203F96BF-5106-4930-8991-575583491604}_... | Unknown | 2KB | Image |

My Participation Level: Low (0), Downloads: Low (0), Uploads: 0, Up (0), 1,866,183 users online, sharing 599,826,453 files (66.8) No, sharing any files



Kazaa - [Search]

File View Player Tools Actions Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Jeromeskee2003@KaZaA | AlbumArt_{203F96BF-5106-4930-8991-575834916DA4}_... | Unknown | 2KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{22F2F3FB-1DBB-4A21-8A23-2B9162223ECA}_... | Unknown | 11KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{22F2F3FB-1DBB-4A21-8A23-2B9162223ECA}_... | Unknown | 2KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{2760D0F2-4882-4ED5-AEA6-BD578D99ADEF}_... | Unknown | 10KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{2760D0F2-4882-4ED5-AEA6-BD578D99ADEF}_... | Unknown | 2KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{280BDF36-0DC5-4D6E-9EBE-F1BC9ECA41C0}_... | Unknown | 8KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{280BDF36-0DC5-4D6E-9EBE-F1BC9ECA41C0}_... | Unknown | 2KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{2ADA1DB4-E552-48B2-9DD6-2935D6B4436B}_... | Unknown | 11KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{2ADA1DB4-E552-48B2-9DD6-2935D6B4436B}_... | Unknown | 2KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{34AF274C-2F1E-4AD2-80E3-D8F42D56C847}_... | Unknown | 8KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{34AF274C-2F1E-4AD2-80E3-D8F42D56C847}_... | Unknown | 2KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{3632CC08-6734-4A97-98BC-4BF0492EA463}_... | Unknown | 10KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{3632CC08-6734-4A97-98BC-4BF0492EA463}_... | Unknown | 2KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{36C3AE48-3501-4BEF-A670-DDD30EBC8264}_... | Unknown | 8KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{36C3AE48-3501-4BEF-A670-DDD30EBC8264}_... | Unknown | 2KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{3ABD8256-AF70-4521-9738-C91CD4F591DC}_... | Unknown | 8KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{3ABD8256-AF70-4521-9738-C91CD4F591DC}_... | Unknown | 2KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{3BE59D16-FD55-41CC-8A66-4E2D6D4D0394E}_... | Unknown | 8KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{3DF405F2-958B-4286-9A97-9B6628C2F7F3D}_... | Unknown | 2KB | Image |

Kazaa – [Search]

File  View  Play  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| jeromeskee2003@KaZaA | AlbumArt_{3DF405F2-958B-4286-9A97-9B628C2F7F3D}_... | Unknown | 8KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{3DF405F2-958B-4286-9A97-9B628C2F7F3D}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{464BA9D0-9AE9-460D-BB1D-AD75B4AE1597}_... | Unknown | 4KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{464BA9D0-9AE9-460D-BB1D-AD75B4AE1597}_... | Unknown | 1KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{4816SD6E-0FDB-4826-B11C-65C96D0CEC4B}_... | Unknown | 12KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{4816SD6E-0FDB-4826-B11C-65C96D0CEC4B}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{49E7F938-C054-409A-8628-5513F3125A9F}_L... | Unknown | 8KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{49E7F938-C054-409A-8628-5513F3125A9F}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{4B992D5F-4411-450B-B2B9-FC00BC550786}_L... | Unknown | 8KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{4B992D5F-4411-450B-B2B9-FC00BC550786}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{4E6197C7-EE68-4C05-BAE7-8E0855EDEA19}_... | Unknown | 6KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{4E6197C7-EE68-4C05-BAE7-8E0855EDEA19}_... | Unknown | 1KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{5081D825-F9E7-4FC7-A92F-36FCF1133BC3}_... | Unknown | 8KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{5081D825-F9E7-4FC7-A92F-36FCF1133BC3}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{50AF9ABE-0E49-47AA-A506-ED96956F11FB}_... | Unknown | 11KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{50AF9ABE-0E49-47AA-A506-ED96956F11FB}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{5DD525EB-48B1-48F9-94DB-36275A183C4C}_... | Unknown | 8KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{5DD525EB-48B1-48F9-94DB-36275A183C4C}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{59270249-0145-4517-AF2A-E26DD1CD8DAF}_... | Unknown | 10KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{59270249-0145-4517-AF2A-E26DD1CD8DAF}_... | Unknown | 2KB | Image |

My Participation Level: Low (0), Downloads: 0, Uploads: 0, 1,866,183 users online, sharing 599,826,453 files (66.8) Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| jeromeskee2003@KaZaA | AlbumArt_{592270249-0145-4517-AF2A-E26DD1CDBDAF}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{58164A816-0EFE-4A95-A5C2-7C92A10F0984}_... | Unknown | 9KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{58164A816-0EFE-4A95-A5C2-7C92A10F0984}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{9D25878E-6E1F-4A78-A2A1-38B68BBDF82C}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{5FB52A40-7988-43E9-9060-3B54EC4C7894}_... | Unknown | 8KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{5FB52A40-7988-43E9-9060-3B54EC4C7894}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{63BF8277-7F46-4CCC-896F-5E8933B3FC75}_... | Unknown | 8KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{63BF8277-7F46-4CCC-896F-5E8933B3FC75}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{670FACEA-861A-4F85-9674-ACF141194E5}_... | Unknown | 9KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{670FACEA-861A-4F85-9674-ACF141194E1}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{67477580-289F-4D25-A44A-591B65F209BE}_1... | Unknown | 9KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{67477580-289F-4D25-A44A-591B65F209BE}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{26894E127-F80A-4879-A49E-6A333D589002}_... | Unknown | 5KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{26894E127-F80A-4879-A49E-6A333D589002}_... | Unknown | 1KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{6BB14CFF-5A45-4D2B-87391-3S52983543E5BC}_... | Unknown | 8KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{6BB14CFF-5A45-4D2B-87391-3S52983543E5BC}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{6D4C75CF-8ADA-4304-B3F0-76DEF7E68E6A}_... | Unknown | 8KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{6D4C75CF-8ADA-4304-B3F0-76DEF7E68E6A}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{7DB60D4BC-BD50-48A3-A7E4-29014A6255B0}_... | Unknown | 10KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{7DB60D4BC-BD50-48A3-A7E4-29014A6255B0}_... | Unknown | 2KB | Image |

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Download

New Search | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Jeromeskee2003@KaZaA | AlbumArt_{7DB6D48C-BD50-48A3-A7E4-29014A8255B0}_ | Unknown | 2KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{7E1EE348-5540-4A15-B768-AA9D1CFAED47}_ | Unknown | 11KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{7E1EE348-5540-4A15-B768-AA9D1CFAED47}_ | Unknown | 2KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{7E66D2B5-A5F8-4D49-9CFA-D0D1B233D498}_ | Unknown | 6KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{7E66D2B5-A5F8-4D49-9CFA-D0D1B233D498}_ | Unknown | 2KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{8A2DA112-1F3D-490A-A9A5-2B4A2EE1D584}_ | Unknown | 7KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{8A2DA112-1F3D-490A-A9A5-2B4A2EE1D584}_ | Unknown | 2KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{8BF7C516-B4AF-4EED-8CA0-B81B1C8C2E34}_ | Unknown | 11KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{8BF7C516-B4AF-4EED-8CA0-B81B1C8C2E34}_ | Unknown | 2KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{8CD8154A-72B1-498A-9338-0156FD2E2202}_ | Unknown | 8KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{8CD8154A-72B1-498A-9338-0156FD2E2202}_ | Unknown | 2KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{95318EFB-613C-4289-AE5A-A6E8C2218CAC}_ | Unknown | 11KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{95318EFB-613C-4289-AE5A-A6E8C2218CAC}_ | Unknown | 2KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{9EDC0D4F-3DEF-44E7-8247-CF21FEC582C3}_ | Unknown | 10KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{9EDC0D4F-3DEF-44E7-8247-CF21FEC582C3}_ | Unknown | 2KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{9F24F695-6340-4F04-B53F-BBD19C111815}_ | Unknown | 9KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{9F24F695-6340-4F04-B53F-BBD19C111815}_ | Unknown | 2KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{9F7EA120-EE42-4488-88E9-C58F111E880F}_ | Unknown | 11KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{9F7EA120-EE42-4488-88E9-C58F111E880F}_ | Unknown | 2KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{A7984667D-D8A8-47D6-819A-5FE3112698F2}_ | Unknown | 12KB | Image |

Kazaa – [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download

Search Field

| User | Filename | Artist | Size | MediaType |
|---|---|---|---|---|
| jeromeskee2003@KaZaA | AlbumArt._{A798467D-D8A8-47D6-819A-5FE3112698F2}_... | Unknown | 12KB | Image |
| jeromeskee2003@KaZaA | AlbumArt._{A798467D-D8A8-47D6-819A-5FE3112698F2}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt._{AC79B7773-4662-4F20-83A1-E437C1DBD07A}_... | Unknown | 20KB | Image |
| jeromeskee2003@KaZaA | AlbumArt._{AC79B7773-4662-4F20-83A1-E437C1DBD07A}_... | Unknown | 4KB | Image |
| jeromeskee2003@KaZaA | AlbumArt._{ACD10114-C6DC-4F99-B689-0A729B4B0816}_... | Unknown | 12KB | Image |
| jeromeskee2003@KaZaA | AlbumArt._{ACD10114-C6DC-4F99-B689-0A729B4B0816}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt._{AF6B33F9-84F6-462A-8B84-9E4D256C4A90}_... | Unknown | 15KB | Image |
| jeromeskee2003@KaZaA | AlbumArt._{AF6B33F9-84F6-462A-8B84-9E4D256C4A90}_... | Unknown | 3KB | Image |
| jeromeskee2003@KaZaA | AlbumArt._{B21BEF6A-A1B8-4B4A-895C-87252A92EB3A}_... | Unknown | 13KB | Image |
| jeromeskee2003@KaZaA | AlbumArt._{B21BEF6A-A1B8-4B4A-895C-87252A92EB3A}_... | Unknown | 3KB | Image |
| jeromeskee2003@KaZaA | AlbumArt._{B6586A57-5ECE-4911-960E-3DFAD164BE1B}_... | Unknown | 18KB | Image |
| jeromeskee2003@KaZaA | AlbumArt._{B6586A57-5ECE-4911-960E-3DFAD164BE1B}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt._{C081F9F5-6957-4298-8294-3029D6DEA8BE}_... | Unknown | 12KB | Image |
| jeromeskee2003@KaZaA | AlbumArt._{C081F9F5-6957-4298-8294-3029D6DEA8BE}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt._{C5C02A7B-D606-45E6-BA41-55CF4E684D1F}_... | Unknown | 5KB | Image |
| jeromeskee2003@KaZaA | AlbumArt._{C5C02A7B-D606-45E6-BA41-55CF4E684D1F}_... | Unknown | 1KB | Image |
| jeromeskee2003@KaZaA | AlbumArt._{C6B52DDE-4A94-47A5-8155-9B6B1B9D39CB}_... | Unknown | 11KB | Image |
| jeromeskee2003@KaZaA | AlbumArt._{C6B52DDE-4A94-47A5-8155-9B6B1B9D39CB}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt._{C76C7BE8-BFEE-4BB1-88B0-2971 6C7C8728}_... | Unknown | 10KB | Image |
| jeromeskee2003@KaZaA | AlbumArt._{C76C7BE8-BFEE-4BB1-88B0-2971 6C7C8728}_... | Unknown | 2KB | Image |

My Participation Level: Low (0).  Downloads: 0.  Uploads: 0.  1,866,183 users online, sharing 599,826,453 files (66 TB)  Not sharing any files

**Kazaa - [Search]**

File View Play Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| jeromeskee2003@KaZaA | AlbumArt_{C76C78E8-BFEE-4BB1-88B0-29716C7C8728}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{C80D239F-EBDD-49B4-9609-76A70F91219C}_... | Unknown | 7KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{C80D239F-EBDD-49B4-9609-76A70F91219C}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{CC277576-B556-4503-A6CE-A89332695B9B}_... | Unknown | 10KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{CC277576-B556-4503-A6CE-A89332695B9B}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{CCA1161A-61CE-4DFE-8528-30C8CE807B80}_... | Unknown | 12KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{CCA1161A-61CE-4DFE-8528-30C8CE807B80}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{CDB52E30-9338-482F-9480-84FEABEAABDE}_... | Unknown | 8KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{CDB52E30-9338-482F-9480-84FEABEAABDE}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{CF2CEE33-1A92-4283-AE71-83B44AE3F9C5}_... | Unknown | 13KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{CF2CEE33-1A92-4283-AE71-83B44AE3F9C5}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{D01A3DE4-0F1E-40AB-B14D-53C6BA86ADC4}_... | Unknown | 4KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{D01A3DE4-0F1E-40AB-B14D-53C6BA86ADC4}_... | Unknown | 1KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{D2AB1EF6-1B30-42C7-B384-9B8FFE881FCB}_... | Unknown | 5KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{D2AB1EF6-1B30-42C7-B384-9B8FFE881FCB}_... | Unknown | 1KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{D530E2D7-103A-40FA-AF46-8459DEE9D1F7}_... | Unknown | 10KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{D530E2D7-103A-40FA-AF46-8459DEE9D1F7}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{D5619F6E-649B-4E0C-81D7-4F2F99EA0559}_... | Unknown | 8KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{D5619F6E-649B-4E0C-81D7-4F2F99EA0559}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{D6E6B9C4-FE47-43F6-A1FA-3E0DD8D67CE0}_... | Unknown | 5KB | Image |

# Kazaa - [Search]

File View Player Tools Actions Help

| Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend |

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| Jeromeskee2003@KaZaA | AlbumArt_{D6E6B9C4-FE47-43F6-A1FA-3E0DDBD67CE0}_... | Unknown | 5KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{D6E6B9C4-FE47-43F6-A1FA-3E0DDBD67CE0}_... | Unknown | 1KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{DBCC3B15-F428-4D15-96A2-2177EBBF7606}_... | Unknown | 10KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{DBCC3B15-F428-4D15-96A2-2177EBBF7606}_... | Unknown | 2KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{DC460AD2-EE9C-455E-B067-3F63C065EA26}_... | Unknown | 7KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{DC460AD2-EE9C-455E-B067-3F63C065EA26}_... | Unknown | 1KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{E2D9C7B1-FC14-460D-888A-247E241E1FD3}_... | Unknown | 2KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{E2D9C7B1-FC14-460D-888A-247E241E1FD3}_... | Unknown | 2KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{E55E8A78-D01F-4C51-9DF1-F1A1B197C8F5}_... | Unknown | 6KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{E55E8A78-D01F-4C51-9DF1-F1A1B197C8F5}_... | Unknown | 1KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{EA468825-2827-4569-B8CE-711EB14B6B16}_... | Unknown | 11KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{EA468825-2827-4569-B8CE-711EB14B6B16}_... | Unknown | 2KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{EC4E8215-7819-4A21-B441-250C8C7E3E2F}_... | Unknown | 10KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{EC4E8215-7819-4A21-B441-250C8C7E3E2F}_... | Unknown | 2KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{ED62F66A-B882-4D90-A652-9FF7C120D042}_... | Unknown | 14KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{ED62F66A-B882-4D90-A652-9FF7C120D042}_... | Unknown | 2KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{ED988241-B9B1-458B-88AE-355F0D28A425}_... | Unknown | 8KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{ED988241-B9B1-458B-88AE-355F0D28A425}_... | Unknown | 2KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{FA2463EA-7368-4B74-9CC6-10CD181EA41E}_... | Unknown | 9KB | Image |
| Jeromeskee2003@KaZaA | AlbumArt_{FA2463EA-7368-4B74-9CC6-10CD181EA41E}_... | Unknown | 2KB | Image |

My Participation Level: Low (0). Downloads: 0. Uploads: 0. Upload: 1,866,183 users online, sharing 599,826,453 files (68.8... Not sharing any files

# Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download

Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| jeromeskee2003@KaZaA | AlbumArt_{FA2463EA-7368-4B74-9CCB-40CD181EA41E}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{FCBA55A7-F9F9-4C16-8B86-B51DDD5B96B5}_... | Unknown | 9KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{FCBA55A7-F9F9-4C16-8B86-B51DDD5B96B5}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{FD7655DD6-DFE5-4D14-99AF-6E768B289FA9}_... | Unknown | 10KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{FD7655DD6-DFE5-4D14-99AF-6E768B289FA9}_... | Unknown | 2KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{FEC7A4CD-E3A2-47C9-B3AD-C12D43D6AD02}... | Unknown | 15KB | Image |
| jeromeskee2003@KaZaA | AlbumArt_{FEC7A4CD-E3A2-47C9-B3AD-C12D43D6AD02}... | Unknown | 3KB | Image |
| jeromeskee2003@KaZaA | Always Be My Baby.mp3 | Mariah Carey | 3,561KB | Audio |
| jeromeskee2003@KaZaA | Atlantic_Starr - Always.mp3 | Atlantic Starr | 3,752kB | Audio |
| jeromeskee2003@KaZaA | Award Tour.mp3 | Tribe Called Quest | 4,866kB | Audio |
| jeromeskee2003@KaZaA | b.g.- cash money.js an army.mp3 | b.g | 3,546kB | Audio |
| jeromeskee2003@KaZaA | Big L - Ebonics.mp3 | Big L | 3,209kB | Audio |
| jeromeskee2003@KaZaA | Biggie - Warning.mp3 | Notorious B.I.G. | 3,451kB | Audio |
| jeromeskee2003@KaZaA | Biz_Markie_-_This_Is_Somethi..mp3 | Biz Markie | 3,672kB | Audio |
| jeromeskee2003@KaZaA | black street - I wanna be your man.mp3 | BlackStreet | 3,940kB | Audio |
| jeromeskee2003@KaZaA | Brand Nubian - All For One.mp3 | Brand Nubian | 3,472KB | Audio |
| jeromeskee2003@KaZaA | Common - Pitchin' Pennies.mp3 | Common | 1,862kB | Audio |
| jeromeskee2003@KaZaA | Copy of Eminem F Snoop,Dre,Xzibit,Nate Dogg-Bitch Please.. | Eminem, Snoop, Dre, Xzibi.. | 6,746kB | Audio |
| jeromeskee2003@KaZaA | DJ Quick - Tonite.mp3 | DJ Quik | 5,082kB | Audio |
| jeromeskee2003@KaZaA | Dru Hill - Tell Me.mp3 | Dru Hill | 3,993KB | Audio |

# Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| jeromeskee2003@KaZaA | Dru Hill - Tell Me.mp3 | Dru Hill | 3,993KB | Audio |
| jeromeskee2003@KaZaA | Erika Badu - Other Side of The Game (1).mp3 | Erykah Badu | 7,066KB | Audio |
| jeromeskee2003@KaZaA | Eryka Badu - Orange Moon.mp3 | Erykah Badu | 6,721KB | Audio |
| jeromeskee2003@KaZaA | Feelin'.mp3 | Q-Tip | 1,868KB | Audio |
| jeromeskee2003@KaZaA | ginuwine - my whole life has changed.mp3 | Ginuwine | 4,151KB | Audio |
| jeromeskee2003@KaZaA | INOJ - As We Lay.mp3 | Inoj | 4,210KB | Audio |
| jeromeskee2003@KaZaA | Jackie-o5ugar_Walls.mp3 | Jacki-O | 3,760KB | Audio |
| jeromeskee2003@KaZaA | Jodeci - Forever: My Lady.mp3 | Jodeci | 4,980KB | Audio |
| jeromeskee2003@KaZaA | Juvenile - Ha.mp3 | Juvenile | 4,530KB | Audio |
| jeromeskee2003@KaZaA | Kurrupt - we can freak it.mp3 | Kurupt | 3,904KB | Audio |
| jeromeskee2003@KaZaA | Lil' Wayne - Up To Me.mp3 | Lil' Wayne | 4,298KB | Audio |
| jeromeskee2003@KaZaA | Lucy Pearl-Dance Tonight.mp3 | Lucy Pearl | 3,602KB | Audio |
| jeromeskee2003@KaZaA | Mary J. Blige - Not Today (ft.mp3 | Mary J. Blige | 5,952KB | Audio |
| jeromeskee2003@KaZaA | Mary J.mp3 | Mary J. Blige | 11,782KB | Audio |
| jeromeskee2003@KaZaA | Memphis Bleek-Yes Ft Jay Z.wma | Memphis Bleek | 2,699KB | Audio |
| jeromeskee2003@KaZaA | Mobb Deep- Got it twisted - 315.wma | Mobb Deep | 5,475KB | Audio |
| jeromeskee2003@KaZaA | Nas - Illmatic-The World Is Yours.mp3 | Nas | 6,810KB | Audio |
| jeromeskee2003@KaZaA | Scareface-my block.mp3 | Scarface | 5,070KB | Audio |
| jeromeskee2003@KaZaA | Slow Jams - Jodeci - Stay.mp3 | Jodeci | 4,575KB | Audio |
| jeromeskee2003@KaZaA | SWV - Anything.mp3 | SWV | 2,907KB | Audio |

My Participation Level: Low (0), Downloads: 0, Upl[o]: 0, [1,866,183] users online, sharing 599,826,453 files [6.81] TB sharing any files

# Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| jeromeskee2003@KaZaA | SWV - Anything.mp3 | SWV | 2,907KB | Audio |
| jeromeskee2003@KaZaA | Take It Off.mp3 | De La Soul | 1,777KB | Audio |
| jeromeskee2003@KaZaA | Terror Squad - Take Me Home.mp3 | Terror Squad | 4,949KB | Audio |
| jeromeskee2003@KaZaA | trick daddy - who dat.mp3 | JT Money | 2,316KB | Audio |
| jeromeskee2003@KaZaA | Wu-Tang - Method Man.mp3 | Wu-Tang Clan | 4,440KB | Audio |
| jeromeskee2003@KaZaA | Wutang Clan - Cream.mp3 | Wu-Tang Clan | 3,608KB | Audio |
| jeromeskee2003@KaZaA | My Baby.MP3 | Janet Jackson | 10,141KB | Audio |
| jeromeskee2003@KaZaA | gangstar - full clip.mp3 | Gang Starr | 5,094KB | Audio |
| jeromeskee2003@KaZaA | q tip - breathe and stop.mp3 | Q-Tip | 5,786KB | Audio |
| jeromeskee2003@KaZaA | Roc da mic - Instrumental.mp3 | Instrumental | 2,425KB | Audio |
| jeromeskee2003@KaZaA | You.mp3 | Lucy Pearl feat. Q-Tip | 2,206KB | Audio |
| jeromeskee2003@KaZaA | Zion 1 - One.mp3 | Zion I | 3,773KB | Audio |
| jeromeskee2003@KaZaA | Track 16 0913009652.mp3 | Junior M.A.F.I.A., Biggie | 4,086KB | Audio |
| jeromeskee2003@KaZaA | Tribe Called Quest feat. Leaders Of The New School - Sce... | Tribe Called Quest | 4,954Kb | Audio |
| jeromeskee2003@KaZaA | 07 Track07 (2).mp3 | X-Raided ft Mac Dre | 2,227KB | Audio |
| jeromeskee2003@KaZaA | Dre's Dog_Mac10 - Ike Turner.mp3 | Andre Nickatina | 2,452KB | Audio |
| jeromeskee2003@KaZaA | mac dre - life's a bitch (1).mp3 | Mac Dre | 4,682KB | Audio |
| jeromeskee2003@KaZaA | 10 - Track 10.mp3 | Mac Dre | 1,288Kb | Audio |
| jeromeskee2003@KaZaA | Mac Mall, Mac-Dre, Ray-Luv - pimp shit.mp3 | Mac-Mall, Mac-Dre, Ray-Luv | 4,865KB | Audio |
| jeromeskee2003@KaZaA | 01 My Dough.mp3 | Mac Dre | 3,611KB | Audio |