1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   ELEKTRA ENTERTAINMENT GROUP
7  INC.; CAPITOL RECORDS, INC.;
   PRIORITY RECORDS LLC; UMG
8  RECORDINGS, INC.; SONY BMG
   MUSIC ENTERTAINMENT; and BMG
9  MUSIC

E-filing

ORIGINAL FILED
07 JUL 10 PM 12:07
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EMC

ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,
        Plaintiffs,

v.

JEROME TULIO,
        Defendant.

CASE NO. C 07 3553

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

---

Certification of Interested Entities or Persons
Case No.
#31060 v1

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2 associations of persons, firms, partnerships, corporations (including parent corporations) or other
3 entities (i) have a financial interest in the subject matter in controversy or in a party to the
4 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5 substantially affected by the outcome of this proceeding:
6    The following companies are parents of, or partners in Plaintiff ELEKTRA
7 ENTERTAINMENT GROUP INC.: WMG Acquisition Corp.; WMG Holdings Corp.; and Warner
8 Music Group Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music
9 Group Corp. is publicly traded in the U.S.
10
11    The following companies are parents of, or partners in Plaintiff CAPITOL RECORDS, INC.:
12 Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV;
13 EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.;
14 Virgin Music Group Ltd.; and EMI Group plc., of which only EMI Group plc. is a publicly traded
15 company. EMI Group plc. is publicly traded in the U.K.
16
17    The following companies are parents of, or partners in Plaintiff PRIORITY RECORDS LLC:
18 Capitol-Priority, Inc.; Capitol Records, Inc.; Capitol-EMI Music Inc.; EMI Group North America
19 Holdings, Inc.; EMI Group International BV; EMI Group Holdings BV; EMI Group International
20 Holdings Ltd.; EMI Group Worldwide Ltd.; Virgin Music Group Ltd.; and EMI Group plc., of
21 which only EMI Group plc. is a publicly traded company. EMI Group plc. is publicly traded in the
22 U.K.
23
24    The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.:
25 Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings
26 Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is
27 publicly traded. Vivendi S.A. is publicly traded in France.
28

1

Certification of Interested Entities or Persons
Case No.
#31060 v1

The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC ENTERTAINMENT: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

The following companies are parents of, or partners in Plaintiff BMG MUSIC: Ariola Eurodisc LLC; USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

Dated: July 10, 2007

HOLME ROBERTS & OWEN LLP

By: _____
MATTHEW FRANKLIN JAKSA
Attorneys for Plaintiffs
ELEKTRA ENTERTAINMENT GROUP INC.; CAPITOL RECORDS, INC.; PRIORITY RECORDS LLC; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and BMG MUSIC