AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

E-filing    EMC    C 07 3553

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>San Francisco Division<br>450 Golden Gate Aveneu<br>San Francisco, CA 94102 |
|---|---|
| DOCKET NO.    DATE FILED | |

| PLAINTIFF<br>ELEKTRA ENTERTAINMENT GROUP INC.; CAPITOL RECORDS, INC.; PRIORITY RECORDS LLC; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and BMG MUSIC | DEFENDANT<br>JEROME TULIO |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

# EXHIBIT A

## JEROME TULIO

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Das EFX | They Want Efx | Dead Serious | 140-245 |
| Elektra Entertainment Group Inc. | Missy Elliot | Beep Me 911 | Supa Dupa Fly | 245-232 |
| Capitol Records, Inc. | MC Hammer | U Can't Touch This | Please Hammer Don't Hurt 'Em | 133-683 |
| Priority Records LLC | Ice Cube | It Was a Good Day | The Predator | 169-617 |
| UMG Recordings, Inc. | Loose Ends | Hangin on a String (Contemplating) | A Little Spice | 85-040 |
| UMG Recordings, Inc. | Mary J. Blige | Everything | Share My World | 238-818 |
| UMG Recordings, Inc. | Sublime | Doin' Time | Second Hand Smoke | 246-011 |
| SONY BMG MUSIC ENTERTAINMENT | Maxwell | Ascension (Don't Ever Wonder) | Maxwell's Urban Hang Suite | 221-404 |
| BMG Music | Evelyn King | Love Come Down | Get Loose | 41-907 |
| BMG Music | SWV | Anything | It's About Time | 146-905 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | The World is Yours | Illmatic | 207-177 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION | ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>San Francisco Division<br>450 Golden Gate Aveneu<br>San Francisco, CA 94102 |
|---|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>ELEKTRA ENTERTAINMENT GROUP INC.; CAPITOL RECORDS, INC.; PRIORITY RECORDS LLC; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and BMG MUSIC | DEFENDANT<br>JEROME TULIO |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.

## EXHIBIT A

## JEROME TULIO

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Das EFX | They Want Efx | Dead Serious | 140-245 |
| Elektra Entertainment Group Inc. | Missy Elliot | Beep Me 911 | Supa Dupa Fly | 245-232 |
| Capitol Records, Inc. | MC Hammer | U Can't Touch This | Please Hammer Don't Hurt 'Em | 133-683 |
| Priority Records LLC | Ice Cube | It Was a Good Day | The Predator | 169-617 |
| UMG Recordings, Inc. | Loose Ends | Hangin on a String (Contemplating) | A Little Spice | 85-040 |
| UMG Recordings, Inc. | Mary J. Blige | Everything | Share My World | 238-818 |
| UMG Recordings, Inc. | Sublime | Doin' Time | Second Hand Smoke | 246-011 |
| SONY BMG MUSIC ENTERTAINMENT | Maxwell | Ascension (Don't Ever Wonder) | Maxwell's Urban Hang Suite | 221-404 |
| BMG Music | Evelyn King | Love Come Down | Get Loose | 41-907 |
| BMG Music | SWV | Anything | It's About Time | 146-905 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | The World is Yours | Illmatic | 207-177 |

AO 121 (6/90)

**TO:**
Register of Copyrights
Copyright Office
Library of Congress
Washington, D.C. 20559

**REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT**

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| [X] ACTION    [ ] APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.    DATE FILED | United States District Court<br>San Francisco Division<br>450 Golden Gate Aveneu<br>San Francisco, CA 94102 |

| PLAINTIFF | DEFENDANT |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC.; CAPITOL RECORDS, INC.; PRIORITY RECORDS LLC; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and BMG MUSIC | JEROME TULIO |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | [ ] Amendment   [ ] Answer   [ ] Cross Bill   [ ] Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| [ ] Order  [ ] Judgment | [ ] Yes  [ ] No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

# EXHIBIT A

## JEROME TULIO

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Das EFX | They Want Efx | Dead Serious | 140-245 |
| Elektra Entertainment Group Inc. | Missy Elliot | Beep Me 911 | Supa Dupa Fly | 245-232 |
| Capitol Records, Inc. | MC Hammer | U Can't Touch This | Please Hammer Don't Hurt 'Em | 133-683 |
| Priority Records LLC | Ice Cube | It Was a Good Day | The Predator | 169-617 |
| UMG Recordings, Inc. | Loose Ends | Hangin on a String (Contemplating) | A Little Spice | 85-040 |
| UMG Recordings, Inc. | Mary J. Blige | Everything | Share My World | 238-818 |
| UMG Recordings, Inc. | Sublime | Doin' Time | Second Hand Smoke | 246-011 |
| SONY BMG MUSIC ENTERTAINMENT | Maxwell | Ascension (Don't Ever Wonder) | Maxwell's Urban Hang Suite | 221-404 |
| BMG Music | Evelyn King | Love Come Down | Get Loose | 41-907 |
| BMG Music | SWV | Anything | It's About Time | 146-905 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | The World is Yours | Illmatic | 207-177 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>San Francisco Division<br>450 Golden Gate Aveneu<br>San Francisco, CA 94102 | |
|---|---|---|
| DOCKET NO. | DATE FILED | |
| PLAINTIFF<br>ELEKTRA ENTERTAINMENT GROUP INC.; CAPITOL RECORDS, INC.; PRIORITY RECORDS LLC; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and BMG MUSIC | | DEFENDANT<br>JEROME TULIO |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 4 – In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal.

# EXHIBIT A

## JEROME TULIO

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| Elektra Entertainment Group Inc. | Das EFX | They Want Efx | Dead Serious | 140-245 |
| Elektra Entertainment Group Inc. | Missy Elliot | Beep Me 911 | Supa Dupa Fly | 245-232 |
| Capitol Records, Inc. | MC Hammer | U Can't Touch This | Please Hammer Don't Hurt 'Em | 133-683 |
| Priority Records LLC | Ice Cube | It Was a Good Day | The Predator | 169-617 |
| UMG Recordings, Inc. | Loose Ends | Hangin on a String (Contemplating) | A Little Spice | 85-040 |
| UMG Recordings, Inc. | Mary J. Blige | Everything | Share My World | 238-818 |
| UMG Recordings, Inc. | Sublime | Doin' Time | Second Hand Smoke | 246-011 |
| SONY BMG MUSIC ENTERTAINMENT | Maxwell | Ascension (Don't Ever Wonder) | Maxwell's Urban Hang Suite | 221-404 |
| BMG Music | Evelyn King | Love Come Down | Get Loose | 41-907 |
| BMG Music | SWV | Anything | It's About Time | 146-905 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | The World is Yours | Illmatic | 207-177 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>San Francisco Division<br>450 Golden Gate Aveneu<br>San Francisco, CA 94102 | |
|---|---|---|
| DOCKET NO. | DATE FILED | |
| PLAINTIFF<br>ELEKTRA ENTERTAINMENT GROUP INC.; CAPITOL RECORDS, INC.; PRIORITY RECORDS LLC; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and BMG MUSIC | | DEFENDANT<br>JEROME TULIO |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 5 – Case file copy.

# EXHIBIT A

## JEROME TULIO

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| Elektra Entertainment Group Inc. | Das EFX | They Want Efx | Dead Serious | 140-245 |
| Elektra Entertainment Group Inc. | Missy Elliot | Beep Me 911 | Supa Dupa Fly | 245-232 |
| Capitol Records, Inc. | MC Hammer | U Can't Touch This | Please Hammer Don't Hurt 'Em | 133-683 |
| Priority Records LLC | Ice Cube | It Was a Good Day | The Predator | 169-617 |
| UMG Recordings, Inc. | Loose Ends | Hangin on a String (Contemplating) | A Little Spice | 85-040 |
| UMG Recordings, Inc. | Mary J. Blige | Everything | Share My World | 238-818 |
| UMG Recordings, Inc. | Sublime | Doin' Time | Second Hand Smoke | 246-011 |
| SONY BMG MUSIC ENTERTAINMENT | Maxwell | Ascension (Don't Ever Wonder) | Maxwell's Urban Hang Suite | 221-404 |
| BMG Music | Evelyn King | Love Come Down | Get Loose | 41-907 |
| BMG Music | SWV | Anything | It's About Time | 146-905 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | The World is Yours | Illmatic | 207-177 |