1 Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
2 560 Mission Street, 25th Floor
3 San Francisco, CA 94105-2994
Telephone: (415) 268-2000
4 Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com
5
6 Attorneys for Plaintiffs,
ELEKTRA ENTERTAINMENT GROUP
7 INC.; CAPITOL RECORDS, INC.;
PRIORITY RECORDS LLC; UMG
8 RECORDINGS, INC.; SONY BMG
9 MUSIC ENTERTAINMENT; and BMG
MUSIC
10

11 UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
12 SAN FRANCISCO DIVISION
13

| 14 | ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,<br>    Plaintiffs,<br><br>v.<br><br>JEROME TULIO,<br>    Defendant. | CASE NO. C 07-03553 EMC<br><br>Honorable Edward M. Chen<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER** |
|---|---|---|

---

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER
Case No. C 07-03553 EMC
#31741 v1

1  Defendant Jerome Tulio ("Defendant") was served with the Summons and Complaint on July
2  23, 2007, by substituted service. Plaintiffs and Defendant, each through their counsel, hereby
3  stipulate to extend the time in which Defendant has to answer or otherwise respond to the Complaint
4  for twenty-two (22) days to September 4, 2007.
5
6  Dated: August 15, 2007                    HOLME ROBERTS & OWEN LLP
7
8                                            By: _____
9                                                MATTHEW FRANKLIN JAKSA
                                                  Attorney for Plaintiffs
10
11 Dated: August 15, 2007                    MICHAEL P. GUTA
12
13                                            By: _____
14                                                MICHAEL P. GUTA
                                                  Attorney for Defendant
15
16
17 **IT IS ORDERED** that Defendant's time to answer or otherwise respond to the Complaint be
18 extended to September 4, 2007.
19 Dated: _____           By: _____
20                                     Honorable Edward M. Chen
                                       United States Magistrate Judge
21
22
23
24
25
26
27
28

1

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER
Case No. C 07-03553 EMC
#31741 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On August 17, 2007, I served the foregoing documents described as:

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> **Michael Guta, Esq.**
> **Law Offices of John E Hill**
> **8105 Edgewater Drive, Ste. 100**
> **Oakland, CA 94621**

XX   BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

XX   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 17, 2007 at San Francisco, California.

_____
Della Grant