1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:  (415) 268-1999
   Email:  matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   ELEKTRA ENTERTAINMENT GROUP
7  INC.; CAPITOL RECORDS, INC.;
   PRIORITY RECORDS LLC; UMG
8  RECORDINGS, INC.; SONY BMG
   MUSIC ENTERTAINMENT; and BMG
9  MUSIC
10

11              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
12                  SAN FRANCISCO DIVISION
13

14 | ELEKTRA ENTERTAINMENT GROUP INC., | CASE NO. C 07-03553 EMC
15 | a Delaware corporation; CAPITOL RECORDS, |
   | INC., a Delaware corporation; PRIORITY | Honorable Edward M. Chen
16 | RECORDS LLC, a California limited liability |
   | company; UMG RECORDINGS, INC., a | **STIPULATION TO EXTEND TIME TO**
17 | Delaware corporation; SONY BMG MUSIC | **RESPOND TO COMPLAINT AND**
   | ENTERTAINMENT, a Delaware general | **[PROPOSED] ORDER**
18 | partnership; and BMG MUSIC, a New York |
19 | general partnership, |
   |         Plaintiffs, |
20 |
   |   v. |
21 |
22 | JEROME TULIO, |
   |         Defendant. |
23

24
25
26
27
28

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER
Case No. C 07-03553 EMC
#31741 v1

1  Defendant Jerome Tulio ("Defendant") was served with the Summons and Complaint on July
2  23, 2007, by substituted service. Plaintiffs and Defendant, each through their counsel, hereby
3  stipulate to extend the time in which Defendant has to answer or otherwise respond to the Complaint
4  for twenty-two (22) days to September 4, 2007.

6  Dated: August 15, 2007         HOLME ROBERTS & OWEN LLP

8                                  By: _____
9                                      MATTHEW FRANKLIN JAKSA
                                       Attorney for Plaintiffs

11 Dated: August 15, 2007         MICHAEL P. GUTA

13                                 By: _____
14                                     MICHAEL P. GUTA
                                       Attorney for Defendant

17 **IT IS ORDERED** that Defendant's time to answer or otherwise respond to the Complaint be
18 extended to September 4, 2007.

19 Dated:  August 20, 2007        By: _____
20                                    Honorable Edward M. Chen
                                       United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

---

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER
Case No. C 07-03553 EMC
#31741 v1

# PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On August 17, 2007, I served the foregoing documents described as:

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**Michael Guta, Esq.**
**Law Offices of John E Hill**
**8105 Edgewater Drive, Ste. 100**
**Oakland, CA 94621**

XX    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

XX    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 17, 2007 at San Francisco, California.

_Della Grant_
Della Grant

Proof of Service
Case No. C07-03553 EMC
#31056 v1