1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:  (415) 268-1999
   Email:  matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   ELEKTRA ENTERTAINMENT GROUP
7  INC.; CAPITOL RECORDS, INC.;
   PRIORITY RECORDS LLC; UMG
8  RECORDINGS, INC.; SONY BMG
   MUSIC ENTERTAINMENT; and BMG
9  MUSIC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,<br><br>v.<br><br>JEROME TULIO,<br>                Defendant. | CASE NO. C07-03553 EMC<br><br>**PROOF OF SERVICE** |
|---|---|

Proof of Service
Case No. C07-03553 EMC
#31056 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

    I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

    On August 20, 2007, I served the foregoing documents described as:

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER; CONSENT TO APPEAR BEFORE U.S. MAGISTRATE**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| **Michael Guta, Esq.**<br>Law Offices of John E Hill<br>8105 Edgewater Drive, Ste. 100<br>Oakland, CA 94621 | **Jerome Tulio**<br>120 Bayview Drive<br>South San Francisco, CA 94080 |

    XX    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    XX    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on August 20, 2007 at San Francisco, California.

*/s/ Molly Morris*
Molly Morris