Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
ELEKTRA ENTERTAINMENT GROUP INC.; CAPITOL RECORDS, INC.; PRIORITY RECORDS LLC; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and BMG MUSIC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,<br>                Plaintiffs,<br><br>    v.<br><br>JEROME TULIO,<br>               Defendant. | CASE NO. C 07-03553 EMC<br><br>Honorable Edward M. Chen<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1    Plaintiffs respectfully request that the Court continue the case management conference currently set for January 16, 2008, at 1:30 p.m. to March 12, 2008.

Defendant was served with the Summons and Complaint in this matter on July 23, 2007. The parties stipulated to extend the time to respond to the Complaint until September 4, 2007. Defendant has not answered or otherwise responded to the Complaint.

The Court, upon Plaintiffs' request stating that the parties were in the process of finalizing settlement documents, previously issued an October 15, 2007 Order continuing the case management conference from October 17, 2007, to the currently scheduled date. Since that time, the parties have been in the process of resolving differences regarding certain of the settlement terms. However, the parties have now agreed to all settlement terms, and Plaintiffs are awaiting receipt of the executed settlement documents from Defendant. Once the settlement is final, Plaintiffs will promptly file dispositional documents with the Court.

In the light of the foregoing circumstances, a case management conference is not necessary at this time. Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for January 16, 2008, at 1:30 p.m. to March 12, 2008.

DATED: January 9, 2008                HOLME ROBERTS & OWEN LLP

By: _____*/s/ Matthew Franklin Jaksa*_____
      Matthew Franklin Jaksa
      Attorney for Plaintiffs

**ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently scheduled for January 16, 2008, at 1:30 p.m. be continued to March 12, 2008.

Dated: _____           By; _____
                                       Honorable Edward M. Chen
                                       United States Magistrate Judge

1

*EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. C 07-03553 EMC
#34744 v1