1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:         matt.jaksa@hro.com
5

6  Attorneys for Plaintiffs,
   ELEKTRA ENTERTAINMENT GROUP
7  INC.; CAPITOL RECORDS, INC.;
   PRIORITY RECORDS LLC; UMG
8  RECORDINGS, INC.; SONY BMG
   MUSIC ENTERTAINMENT; and BMG
9  MUSIC

10

11                         UNITED STATES DISTRICT COURT
                           NORTHERN DISTRICT OF CALIFORNIA
12                                SAN FRANCISCO DIVISION

13

| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,<br>             Plaintiffs,<br><br>  v.<br><br>JEROME TULIO,<br>             Defendant. | CASE NO. C 07-03553 EMC<br><br>Honorable Edward M. Chen<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [P~~ROPO~~SED] ORDER** |
|---|---|

1  Plaintiffs respectfully request that the Court continue the case management conference
2 currently set for January 16, 2008, at 1:30 p.m. to March 12, 2008.

3  Defendant was served with the Summons and Complaint in this matter on July 23, 2007. The
4 parties stipulated to extend the time to respond to the Complaint until September 4, 2007. Defendant
5 has not answered or otherwise responded to the Complaint.

6  The Court, upon Plaintiffs' request stating that the parties were in the process of finalizing
7 settlement documents, previously issued an October 15, 2007 Order continuing the case management
8 conference from October 17, 2007, to the currently scheduled date. Since that time, the parties have
9 been in the process of resolving differences regarding certain of the settlement terms. However, the
10 parties have now agreed to all settlement terms, and Plaintiffs are awaiting receipt of the executed
11 settlement documents from Defendant. Once the settlement is final, Plaintiffs will promptly file
12 dispositional documents with the Court.

13  In the light of the foregoing circumstances, a case management conference is not necessary at
14 this time. Plaintiffs therefore respectfully request that the Court continue the case management
15 conference currently set for January 16, 2008, at 1:30 p.m. to March 12, 2008.

17 DATED: January 9, 2008          HOLME ROBERTS & OWEN LLP

18                                  By:     /s/ Matthew Franklin Jaksa
19                                           Matthew Franklin Jaksa
                                             Attorney for Plaintiffs

22                              **ORDER**

23  Good cause having been shown:

24  **IT IS ORDERED** that the case management conference currently scheduled for January 16,
25 2008, at 1:30 p.m. be continued to March 12, 2008. at 2:30 p.m.  A joint case management conference
                                                    statement shall be filed by March 5, 2008.

27 Dated: __January 10, 2008__        By; _____
                                           Honorable Edward M. Chen
28                                         United States M...

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

*EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. C 07-03553 EMC
#34744 v1