Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
ELEKTRA ENTERTAINMENT GROUP INC.; CAPITOL RECORDS, INC.; PRIORITY RECORDS LLC; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and BMG MUSIC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,<br><br>                    Plaintiffs,<br><br>     v.<br><br>JEROME TULIO,<br><br>                    Defendant. | CASE NO. C 07-03553 EMC<br><br>Honorable Edward M. Chen<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. C 07-03553 EMC
#35410 v1

1   Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs ELEKTRA ENTERTAINMENT
2   GROUP INC., *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their
3   copyright infringement claims against Defendant JEROME TULIO, each party to bear its/his own
4   fees and costs. The Clerk of Court is respectfully requested to close this case.

6   DATED: February 6, 2008                    HOLME ROBERTS & OWEN LLP

7                                              By:   */s/ Matthew Franklin Jaksa*
8                                                    Matthew Franklin Jaksa
                                                     Attorney for Plaintiffs

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

    I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

    On February 6, 2008, I served the foregoing documents described as:

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> **Michael P. Guta, Esq.**
> **Law Offices of John E. Hill**
> **8105 Edgewater Drive, Suite 100**
> **Oakland, CA 94621**

    ☒    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    ☒    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on February 6, 2008 at San Francisco, California.

_____
Della Grant

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. C 07-03553 EMC
#35410 v1

1